# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of Burt Lewis Ingredients, LLC | : : : : | CIVIL ACTION NO. 4:20-CV-735 (MEHALCHICK, M.J.) |
| Plaintiff | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| JATIANI TRUCKING, LLC | : : | |
| Defendant/Third-Party Plaintiff | : : | |
| v. | : : | |
| BLUEGRASS FREIGHT CARRIERS, LLC | : : | |
| Third-Party Defendant | : | |

## STIPULATION OF DISMISSAL

Plaintiff, Travelers Property Casualty Company of America, as subrogee of Burt Lewis Ingredients, LLC (hereinafter "Travelers"), Defendant, Jatiani Trucking ("Jatiani"), and Third-Party Defendant, Bluegrass Freight Carriers, LLC ("BFC"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

          WILLIAM J. FERREN & ASSOCIATES

          By: //s// *Kevin M. Kelly*
          _____
          KEVIN M. KELLY, ESQUIRE
          Atty ID# 87413
          William J. Ferren & Associates
          PO Box 2903
          Hartford, CT  06104
          215-274-1719
          Kmkelly2@travelers.com
          **Counsel for Plaintiff**

**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**

//s// *Scott M. Wilhelm*

By_____

**Scott M. Wilhelm, Esquire**
**P.O. Box 800**
**305 Roseberry Street**
**Philipsburg, NJ 08865**
**610-258-5995**
**wilhelms@wwgrlaw.com**
**Counsel for Defendant,**
**Jatiani Trucking, LLC**

**ROSENN JENKINS & GREENWALD LLP**

//s// *John T. Zelinka*

By_____

**John T. Zelinka, Esquire**
**Cross Creek Pointe**
**1065 Highway 315, Suite 200**
**Wilkes-Barre, Pa. 18702**
**570-826-5654**
**jzelinka@rjglaw.com**
**Counsel for Third-Party Defendant,**
**Bluegrass Freight Carriers, LLC**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Porcedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION IS DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

_____
KAROLINE MEHALCHICK
United States Magistrate Judge